UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-30065-KAR |
| ) | |
| MICHAEL MITCHEL, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER TO TRANSFER

ROBERTSON, U.S.M.J.

Plaintiff Mark King, while in custody at the Hampden County Correctional Center, in Ludlow, Massachusetts, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 for events that took place while he was in custody at the Essex County Correctional Facility. (Dkt. No. 1). Although King mailed his complaint to the Eastern Division in Boston, the case was assigned to the Western Division in Springfield because King's address of record was in Hampden County. King has since been transferred multiple times and is now in custody at the Middlesex County House of Correction in Billerica, Massachusetts. (Dkt. No. 9).

King has moved to transfer this action to the Eastern Division of the District of Massachusetts. (Dkt. Nos. 5, 6). Accordingly, under Local Rule 40.1(f), for good cause show, the motions to transfer the case to the Eastern Division are GRANTED. The motion to change venue is DENIED as moot.

DATED: December 22, 2025            /s/ Katherine A. Robertson
                                    KATHERINE A. ROBERTSON
                                    United States Magistrate Judge